AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Treasury Employees Union ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-3078 |
| Donald J. Trump, President, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National Treasury Employees Union        .

Date:    11/02/2020                                       /s/ Paras N. Shah
                                                                *Attorney's signature*

                                                Paras N. Shah, D.C. Bar No. 983881
                                                *Printed name and bar number*
                                                                NTEU
                                                    800 K Street, N.W., Suite1000
                                                        Washington, D.C. 20001

                                                                *Address*

                                                    paras.shah@nteu.org
                                                            *E-mail address*

                                                        (202) 572-5500
                                                        *Telephone number*

                                                        (202) 572-5645
                                                            *FAX number*