## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
NATIONAL TREASURY EMPLOYEES            )
UNION,                                              )
                                                    )
                        *Plaintiff*,                )
                                                    )
v.                                                  )        Case No. 1:20-cv-03078-EGS
                                                    )
DONALD J. TRUMP, in his official           )
Capacity as President of the United States,  )
and MICHAEL J. RIGAS, in his official      )
capacity as Acting OPM Director,              )
                                                    )
                        *Defendants*.               )
_____)


### JOINT MOTION TO EXTEND TIME

The Parties respectfully move to extend the time for Defendants to respond to Plaintiff's complaint.  Plaintiff completed service of the complaint and required documents on November 2, 2020, *see* ECF No. 7, making Defendants' deadline to respond January 4, 2021.[1]  The Parties respectfully request that the Court enlarge that deadline to January 15, 2021.  Should Defendants file a motion instead of a responsive pleading, the Parties propose that Plaintiff file an opposition, if any, on or before February 19, 2021, and that Defendants file a reply, if any, on or before March 5, 2021.

Good cause supports the Parties' request for this additional time.  An extension is necessary to account for the press of other work and the constraints surrounding the holidays.  Anticipated factual developments may also affect the subject of this litigation.  Extending the time for Plaintiff to respond to any motion will permit the Parties to assess whether there have

_____

[1] January 1, 2021 is a holiday.  January 2 and 3 are weekend days.  See Fed. R. Civ. P. 6(a)(1)(C).

been any such developments, what effects they might have, and what procedural course the litigation might take in light of such developments.

Dated: December 17, 2020                     Respectfully submitted,

GREGORY O'DUDEN                               JEFFREY BOSSERT CLARK
General Counsel                              Acting Assistant Attorney General

JULIE M. WILSON                              CHRISTOPHER R. HALL
Deputy General Counsel                       Assistant Branch Director
                                            Federal Programs Branch

/s/ *Allison C. Giles*                       /s/ *Michael F. Knapp*
ALLISON C. GILES                             MICHAEL F. KNAPP (Cal. Bar No. 314104)
Assistant Counsel                            Trial Attorney
NATIONAL TREASURY EMPLOYEES                  United States Department of Justice
UNION                                        Civil Division, Federal Programs Branch
800 K Street, N.W., Ste 1000                 1100 L Street NW
Washington, DC 20001                         Washington, DC 20005
Phone: (202) 572-5500                        Phone: (202) 514-2071
Fax: (202) 572-5645                          Fax: (202) 616-8470
Email:  allie.giles@nteu.org                 Email: michael.f.knapp@usdoj.gov

*Counsel for Plaintiffs*                     *Counsel for Defendants*