**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>DONALD J. TRUMP, in his official  )<br>Capacity as President of the United States,  )<br>and MICHAEL J. RIGAS, in his official  )<br>capacity as Acting OPM Director,  )<br>)<br>*Defendants*.  )  | Case No. 1:20-cv-03078-EGS |

**[PROPOSED] ORDER RE JOINT MOTION TO EXTEND TIME**

The Parties' Joint Motion to Extend Time is GRANTED.

IT IS ORDERED that Defendants shall respond to Plaintiff's Complaint on or before January 15, 2021.

IT IS FURTHER ORDERED that Plaintiff's opposition to any responsive motion be filed on or before February 19, 2021, and that Defendants' reply, if any, be filed on or before March 5, 2021.

SO ORDERED this __ day of December, 2020.

_____
Judge Sullivan