IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street, N.W., Suite 1000<br>Washington, D.C. 20001<br><br>     Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP,<br>President of the United States,<br>The White House<br>1600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20500<br><br>and<br><br>MICHAEL J. RIGAS, Acting Director,<br>U.S. Office of Personnel Management<br>1900 E Street, N.W.<br>Washington, D.C. 20415<br><br>     Defendants. | Case No. 20-3078<br><br>NOTICE OF<br>VOLUNTARY<br>DISMISSAL |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff National Treasury Employees Union hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice.

        Respectfully submitted,

        /s/ Gregory O'Duden
        GREGORY O'DUDEN (D.C. Bar 254862)
        General Counsel

        /s/ Julie M. Wilson
        JULIE M. WILSON (D.C. Bar 482946)
        Deputy General Counsel

/s/ Paras N. Shah
PARAS N. SHAH (D.C. Bar 983881)
Assistant Counsel

/s/ Allison C. Giles
ALLISON C. GILES (D.C. Bar 439705)
Assistant Counsel

NATIONAL TREASURY EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
Tel: (202) 572-5500
Fax: (202) 572-5645
Email: greg.oduden@nteu.org
Email: julie.wilson@nteu.org
Email: paras.shah@nteu.org
Email: allie.giles@nteu.org

January 25, 2021          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that, on January 25, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia through the CM/ECF system and I certify that service was accomplished pursuant to the Court's electronic filing procedures.

      /s/ Allison C. Giles
ALLISON C. GILES
Assistant Counsel
DC Bar No. 257840
NATIONAL TREASURY EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, DC 20001
(202) 572-5500